UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMMARIE NORMAN, *individually and on behalf of all others similarly situated*,
                            Plaintiff,

-v-

THREE IN ONE EQUITIES, LLC, *et al.*,
                            Defendant.

22-CV-3176 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On February 22, 2023, Defendant Three In One Equities, LLC ("Three In One") was warned that, due to the withdrawal of its attorney, Three In One had 21 days, or until March 22, 2023, to find replacement counsel. (ECF No. 36 at 1.) However, as the Court explained at the time, entities such as limited liability companies cannot appear in judicial proceeding *pro se*, so the failure to supply replacement counsel, as warned, now results in the "entry of default judgment . . . . because an business entity, as opposed to a natural person, may not contest a plaintiff's case without proceeding through counsel." (*Id.*) (citation omitted).

    Accordingly, Three In One Equities is hereby deemed in default. Plaintiff shall, within 30 days, move for default judgment or file a status letter stating how Plaintiff proposes to proceed in this case.

    SO ORDERED.

Dated: August 29, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge